S.O.N.T.E.R.A. v. UBS S.O.N.T.E.R.A. v. UBS S.O.N.T.E.R.A. v. UBS S.O.N.T.E.R.A. v. UBS S.O.N.T.E.R.A. v. UBS S.O.N.T.E.R. v. UBS S.O.N.T.E.R. v.